IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOE HAND PRODUCTIONS, a Pennsylvania corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT DEAN HOLMES, individually; and RDH ENTERTAINMENT, LLC, an Oregon corporation,<br><br>        Defendants. | 2:12-cv-00535-SU<br><br>ORDER |

BROWN, Judge.

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#31) on June 16, 2015, in which she recommends this Court:

(1) Grant in part Plaintiff's Motion (#30) for Default Judgment against Defendant RDH Entertainment on Plaintiff's claim under 47 U.S.C. § 553 and award to Plaintiff $1,900.00 in damages ($900.00 in compensatory damages and $1,000.00 in statutory

1 - ORDER

enhanced damages) on that claim;

(2) Grant in part Plaintiff's Motion against RDH Entertainment on Plaintiff's common-law conversion claim and award to Plaintiff $900.00 in damages on that claim;

(3) Deny Plaintiff's Motion as to Plaintiff's claim against RDH Entertainment under 47 U.S.C. § 605 and dismiss that claim; and

(4) Deny Plaintiff's Motion as to all claims against Robert Dean Holmes and dismiss those claims against Robert Dean Holmes.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#31). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiff'S Motion (#30) for Default Judgment as follows:

(1) The Court **GRANTS in part** Plaintiff's Motion (#30) for Default Judgment against Defendant RDH Entertainment on Plaintiff's claim under 47 U.S.C. § 553 and **AWARDS** to Plaintiff $1,900.00 in damages ($900.00 in compensatory damages and $1,000.00 in statutory enhanced damages) on that claim;

(2) The Court **GRANTS in part** Plaintiff's Motion against RDH Entertainment on Plaintiff's common-law conversion claim and **AWARDS** to Plaintiff $900.00 in damages on that claim;

(3) The Court **DENIES** Plaintiff's Motion as to Plaintiff's claim against RDH Entertainment under 47 U.S.C. § 605 and, accordingly, **DISMISSES** that claim; and

(4) The Court **DENIES** Plaintiff's Motion as to all claims against Robert Dean Holmes and **DISMISSES** those claims.

IT IS SO ORDERED.

DATED this 31st day of August, 2015.

_____
ANNA J. BROWN
United States District Judge