IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOE HAND PRODUCTIONS, a Pennsylvania corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT DEAN HOLMES, individually; and RDH ENTERTAINMENT, LLC, an Oregon corporation,<br><br>          Defendants. | 2:12-cv-00535-SU<br><br>JUDGMENT |

Based on the Court's Order (#34) entered August 31, 2015, the Court **ENTERS** judgment against Defendant RDH Entertainment in the amount of **$2,800.00**. In addition, the Court **DISMISSES with prejudice** all claims against Robert Dean Holmes.

IT IS SO ORDERED.

DATED this 5th day of November, 2015.

                                                  */s/ Anna J. Brown*
                                             ANNA J. BROWN
                                             United States District Judge

1   -   JUDGMENT